SLIP OPINION

Cite as 2017 Ark. 274

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE CLIENT SECURITY FUND COMMITTEE | **Opinion Delivered:** October 5, 2017 |

## PER CURIAM

The court appoints Angela Galvis Schnuerle, Esq., of North Little Rock, to the Client Security Fund Committee for a five-year term expiring on July 31, 2022. The court appreciates Ms. Schnuerle's willingness to serve on this important committee.

Kandice A. Bell, Esq., of White Hall, is reappointed to the Client Security Fund Committee for a five-year term expiring on July 31, 2022. The court thanks Ms. Bell for her continued service on this committee.

The court expresses its gratitude to JoAnn Maxey of Little Rock, whose term has expired, for her many years of service on the Client Security Fund Committee.